994 So.2d 388 (2008)
The AVALON CENTER and North American Risk Services, Appellants,
v.
Jane HARDAWAY, Appellee.
No. 1D07-4961.
District Court of Appeal of Florida, First District.
October 15, 2008.
Mark S. Spangler of Law Offices of Mark Spangler, Orlando, for Appellants.
Teresa E. Liles and T. Rhett Smith of Smith and Liles, P.A., Pensacola, for Appellee.
Prior report: 967 So.2d 268.
PER CURIAM.
REVERSED. See Orange County, Fla. & Alternative Serv. Concepts, Inc. v. Willis, 1D07-4552, ___ So.2d ___, 2008 WL 4362397 (Fla. 1st DCA Sept. 26, 2008).
WOLF, DAVIS, and ROBERTS, JJ., concur.